IN THE SUPREME COURT OF NORTH CAROLINA

No. 193PA16

Filed 3 November 2017

STATE OF NORTH CAROLINA

v.

CALVIN RENARD CARTER

On discretionary review pursuant to N.C.G.S. § 7A-31 of a unanimous, unpublished decision of the Court of Appeals, ___ N.C. App. ___, 786 S.E.2d 432 (2016), vacating and remanding a judgment entered on 7 May 2015 by Judge Michael D. Duncan in Superior Court, Forsyth County. Heard in the Supreme Court on 28 August 2017.

*Joshua H. Stein, Attorney General, by Kristin J. Uicker, Assistant Attorney General, for the State-appellant.*

*Richard J. Costanza for defendant-appellee.*

PER CURIAM.

For the reasons stated in *State v. Brice*, ___ N.C. ___, ___ S.E.2d ___ (Nov. 3, 2017) (No. 244PA16), the decision of the Court of Appeals is reversed.

REVERSED.